```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RSS JUDGMENT ENFORCEMENT LLC,

                         Plaintiff,

         -against-                                         21-cv-4331 (LAK)


SYMBION POWER TANZANIA LIMITED, et al.,

                         Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Yesterday the plaintiff filed two proposed orders to show cause, each accompanied by an affidavit to which are attached numerous exhibits, each identified only by an exhibit letter and each group of exhibits totaling in excess of 12 mb of data.

Section 5.1 of the ECF. Rules & Instructions of this Court provides:

"Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the Court permits paper filing. Exhibits must be filed as attachments to the main document. *Each attachment must be clearly titled so the subject of the exhibit is clear.* The filing of exhibits in text searchable format is encouraged, but not required." (Emphasis added)

Accordingly, the plaintiff, on or before June 22, 2021, refile each of the affidvits. Each separate exhibit shall be filed as a separately lettered exhibit, and shall be titled so that the nature or subject and, where applicable, the date of the exhibit are clear.. Attachments shall be listed in chronological order.

SO ORDERED.

Dated:  June 18, 2021

                                             /s/    Lewis A. Kaplan
                                        _____
                                                    Lewis A. Kaplan
                                              United States District Judge